**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 through 5, United States Postal Service and United States Postal Inspection Service officials in their individual capacities,<br><br>Defendants. | Case No. 4:22-cv-3195-KAW<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITH DOE DEFENDANTS** |

**ORDER GRANTING APPLICATION**
**TO PROCEED WITH DOE DEFENDANTS**

Before the Court is Plaintiffs' Application to Proceed with Doe Defendants and the declaration of Plaintiffs' counsel in support thereof. For the reasons stated in the Application and the declaration, the Application is hereby GRANTED.

It is hereby ORDERED that Plaintiffs may proceed with Doe Defendants.

It is hereby further ORDERED that Plaintiffs shall promptly and diligently seek the names and identities of the Doe Defendants.

It is hereby further ORDERED that upon receipt of the Doe Defendants' names and identities, Plaintiffs shall promptly update the case documents and docket accordingly.

Order Granting Application to Proceed with Doe Defendants – Case No. 4:22-cv-3195-KAW

Dated: June 3, 2022



United States Magistrate Judge