Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org
pjaicomo@ij.org

*Admitted *pro hac vice*

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

Stephanie Hinds (CA Bar No 154284)
*United States Attorney*
Michael Lo (NY Bar No. 4325163)
*Chief, Civil Division*
Michael A. Keough (NY Bar No. 5199666)
*Assistant United States Attorney*
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 through 5, United States Postal Service and United States Postal Inspection Service officials in their individual capacities, <br><br> Defendants. | Case No. 3:22-cv-03195-WHO <br><br> **STIPULATED REQUEST TO ENLARGE TIME** <br><br> Judge: Hon. William H. Orrick |

United States District Court
Northern District of California

Plaintiffs and the United States respectfully stipulate and request under Local Rule 6-2 that the Court enlarge the time for plaintiffs to respond to the United States' Motion to Dismiss, Dkt. 25. The response is currently due on August 26, 2022. Plaintiffs request a 31-day enlargement, which would make their response due September 26 and the United States' reply due October 7 with hearing on October 26 at 2:00 p.m.

Plaintiffs further request that the Court vacate the current ADR, discovery, and case

management deadlines and reset them once the United States' motion has been disposed of. While

the United States, as a non-party, cannot stipulate to the request to vacate the ADR, discovery, and

case management deadlines, it does not oppose plaintiffs' additional request.

This stipulated request is supported by the accompanying declaration by plaintiffs' counsel.

Dated: August 18, 2022

s/ Patrick Jaicomo
Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org
pjaicomo@ij.org

*Admitted *pro hac vice*

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

s/ Michael A. Keough
Stephanie Hinds (CA Bar No 154284)
*United States Attorney*
Michael Lo (NY Bar No. 4325163)
*Chief, Civil Division*
Michael A. Keough (NY Bar No. 5199666)
*Assistant United States Attorney*
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States*

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: August 19, 2022        _____
                              Hon. William H. Orrick
                              United States District Court Judge

Stipulated Request to Enlarge Time
Case No. 3:22-cv-03195-WHO

2

United States District Court
Northern District of California