Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org
pjaicomo@ij.org

*Admitted pro hac vice

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

Stephanie Hinds (CA Bar No 154284)
*United States Attorney*
Michael Lo (NY Bar No. 4325163)
*Chief, Civil Division*
Michael A. Keough (NY Bar No. 5199666)
*Assistant United States Attorney*
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

RENÉ QUIÑONEZ and MOVEMENT INK LLC,

Plaintiffs,

v.

DOES 1 through 5, United States Postal Service and United States Postal Inspection Service officials in their individual capacities,

Defendants.

Case No. 3:22-cv-3195-WHO

**STIPULATED REQUEST TO FILE FIRST AMENDED COMPLAINT**

Judge: Hon. William H. Orrick

Plaintiffs and the United States respectfully stipulate under Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-12 that Plaintiffs may file a First Amended Complaint containing the amendments set forth below. Pursuant to Local Rule 10-1, Plaintiffs' First Amended Complaint is being filed simultaneously with this stipulation.

Should the Court require its leave for Plaintiffs to file the First Amended Complaint, Plaintiffs respectfully request that the Court "freely give leave" because "justice so requires," Fed.

United States District Court
Northern District of California

United States District Court
Northern District of California

R. Civ. P. 15(a)(2), for the following reasons: Plaintiffs recently obtained the names of the previously unnamed Doe defendants, on September 2, 2022; the time for Plaintiffs to bring a claim under the Federal Tort Claims Act recently accrued, on September 12, 2022; the Court previously granted case management adjustments based on Plaintiffs' anticipated filing of an amended complaint, *see* ECF 27, 29; and the United States does not object to Plaintiffs' proposed amendments.

Plaintiffs and the United States stipulate that Plaintiffs may amend their Complaint (ECF 1) to include:

1. Named individuals as Defendants, originally named as "Does 1 through 5," and the acts alleged to have been committed by each of those individuals;

2. The United States of America as a Defendant with respect to claims arising under the Federal Tort Claims Act; and

3. An allegation related to the six-month agency exhaustion requirement under the Federal Tort Claims Act.

Plaintiffs and the United States further stipulate that any responsive pleading by the United States or a named individual defendant shall be due 30 days after service of the Amended Complaint on all defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Plaintiffs and the United States further stipulate that the motion to dismiss filed by the United States (ECF 25) will be moot upon the filing of the Amended Complaint.

This stipulation is not intended to waive and does not waive any defenses on behalf of any defendant, including but not limited to any defense that may be raised under Rule 12 of the Federal Rules of Civil Procedure. The stipulated request to file and Plaintiffs' request in the alternative for leave to file are supported by the accompanying declaration by Plaintiffs' counsel.

United States District Court
Northern District of California

Dated: September 21, 2022

s/ Jaba Tsitsuashvili
Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org
pjaicomo@ij.org

*Admitted pro hac vice

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

s/ Michael A. Keough**
Stephanie Hinds (CA Bar No 154284)
*United States Attorney*
Michael Lo (NY Bar No. 4325163)
*Chief, Civil Division*
Michael A. Keough (NY Bar No. 5199666)
*Assistant United States Attorney*
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States*

***Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 23, 2022

Hon. William H. Orrick United States District Court Judge