Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
Trace Mitchell* (DC Bar No. 1780794)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org

*Admitted pro hac vice

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

Stephanie Hinds (CA Bar No. 154284)
*United States Attorney*
Michael Lo (NY Bar No. 4325163)
*Chief, Civil Division*
Michael A. Keough (NY Bar No. 5199666)
*Assistant United States Attorney*
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States of America, Robin Lee, Jeff Agster, Mark Hodges, and Eva Chan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; and JEFF AGSTER, EVA CHAN, STEPHEN FAJARDO, MARK HODGES, ROBIN LEE, and DOES 1 through 2, United States Postal Service and United States Postal Inspection Service officials in their individual capacities, <br><br> Defendants. | Case No. 3:22-cv-3195-WHO <br><br> **STIPULATION IN SUPPORT OF UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATIONS** <br><br> Judge: Hon. William H. Orrick |

Pursuant to Federal Rule of Civil Procedure 7 and Civil Local Rule 7-11 and 7-12, and subject to the Court's approval, Plaintiffs René Quiñonez and Movement Ink LLC and Defendants the United States of America, Robin Lee, Jeff Agster, Mark Hodges, and Eva Chan, by and through undersigned counsel, hereby stipulate to allow Plaintiffs to exceed the otherwise applicable page

Stipulation in Support of Unopposed Motion for Administrative Relief to Exceed Page Limitations
Case No. 3:22-cv-3195-WHO

1

limitations for Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss. The parties stipulate that the page limit for Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss will be 30 pages, rather than the 25-page limit set by Civil Local Rule 7-4(b).

This stipulation does not prejudice Defendants' ability to file separate reply briefs in support of their respective motions.

SO STIPULATED.

Stipulation in Support of Unopposed Motion for Administrative Relief to Exceed Page Limitations
Case No. 3:22-cv-3195-WHO

2

Dated: February 7, 2023

| | |
|---|---|
| s/ Jaba Tsitsuashvili<br>Jaba Tsitsuashvili (CA Bar No. 309012)<br>Patrick Jaicomo* (MI Bar No. P-75705)<br>Trace Mitchell* (DC Bar No. 1780794)<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Phone: (703) 682-9320<br>Fax: (703) 682-9321<br>jtsitsuashvili@ij.org<br><br>*Admitted pro hac vice<br><br>Anna M. Barvir (CA Bar No. 268728)<br>MICHEL & ASSOCIATES, P.C.<br>180 E. Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br>Fax: (562) 216-4445<br>abarvir@michellawyers.com<br><br>*Counsel for Plaintiffs* | s/ Michael A. Keough<br>Stephanie Hinds (CA Bar No. 154284)<br>*United States Attorney*<br>Michael Lo (NY Bar No. 4325163)<br>*Chief, Civil Division*<br>Michael A. Keough (NY Bar No. 5199666)<br>*Assistant United States Attorney*<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>Fax: (415) 436-7234<br>michael.keough@usdoj.gov<br><br>*Counsel for the United States of America, Robin Lee, Jeff Agster, Mark Hodges, and Eva Chan*<br><br>**Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2023      _____
                                   Hon. William H. Orrick
                                   United States District Court Judge

Stipulation in Support of Unopposed Motion for Administrative Relief to Exceed Page Limitations
Case No. 3:22-cv-3195-WHO

3