Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
Trace Mitchell* (DC Bar No. 1780794)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org

*Admitted pro hac vice

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States and the appearing Individual Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and JEFF AGSTER, EVA CHAN, STEPHEN FAJARDO, MARK HODGES, ROBIN LEE, and DOES 1 through 2, United States Postal Service and United States Postal Inspection Service officials in their individual capacities,<br><br>Defendants. | Case No. 3:22-cv-3195-WHO<br><br>**STIPULATED REQUEST TO RESET HEARING DATE OF PENDING MOTIONS TO DISMISS [ECF 64, 65]**<br><br>Judge: Hon. William H. Orrick |

Plaintiffs, Defendant United States, and the appearing individual Defendants respectfully stipulate to and request under Local Rule 6-2 that the Court reset the hearing date for Defendants' pending motions to dismiss Plaintiffs' Second Amended Complaint, from July 12 to June 21. This is the first request for a modification of time regarding the pending motions.

Defendants initially planned to notice the motions hearing for June 21, but Plaintiffs

requested that they notice it for June 28 because of a scheduling conflict. On May 17, Defendants did so. On May 18, the Court reset the date from June 28 to July 12. But Plaintiffs' counsel will be out of the country for a previously planned vacation on July 12. And Plaintiffs' counsel's conflict with June 21 has since been resolved. Accordingly, Plaintiffs and Defendants respectfully stipulate to and request that the hearing be reset to June 21.

We note that, accounting for the parties' and the Court's availability, if June 21 is no longer available, it appears the next opportunity for the hearing will not be until October 11. This is based on the Court's posted availability, Plaintiffs' counsel's July travel, and Defendants' counsel's July to October parental leave.

This stipulated request is supported by the accompanying declaration by Plaintiffs' counsel.

Dated: May 19, 2023

s/ Jaba Tsitsuashvili
Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
Trace Mitchell* (DC Bar No. 1780794)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org

*Admitted pro hac vice

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

s/ Michael A. Keough
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States and the appearing Individual Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 22__, 2023

_____
Hon. William H. Orrick
United States District Court Judge