ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  Fax: (415) 436-6570
  Email: michael.keough@usdoj.gov

*Attorneys for the United States of America*

JABA TSITSUASHVILI (CABN 309012)
PATRICK JAICOMO (MIBN P-75705)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org
pjaicomo@ij.org

*\*Admitted pro hac vice*

ANNA M. BARVIR (CABN 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, California 90802
Tel: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | Case No. 3:22-CV-03195-WHO<br><br>**STIPULATION REGARDING RESPONSE DATE AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, Plaintiffs René Quiñonez and Movement Ink LLC ("Plaintiffs") and Defendant the United States of America (together, the "Parties"), hereby stipulate and request that the Court adopt the following modifications to the case schedule:

| | | |
|---|---|---|
| 1 | Amendments per Dkt. 80: | July 31, 2023 |
| 2 | Answer: | August 31, 2023 |
| 3 | Case Management Conference statement due: | October 10, 2023 |
| 4 | Case Management Conference: | October 17, 2023, 2:00 p.m. |

The proposed schedule above addresses upcoming unavailability of counsel due to travel out of the country by Plaintiffs' lead counsel and parental leave by Defendants' counsel. The Parties have met and conferred and respectfully submit that the proposed schedule will conserve the resources of the Parties and the Court while ensuring the speedy resolution of this matter.

SO STIPULATED.

DATED: July 7, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for the United States of America*

/s/ *Jaba Tsitsuashvili**
JABA TSITSUASHVILI
INSTITUTE FOR JUSTICE

*Attorney for Plaintiffs*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The parties shall comply with the following case deadlines:

| | |
|---|---|
| Amendments per Dkt. 80: | July 31, 2023 |
| Answer: | August 31, 2023 |
| Case Management Conference statement due: | October 10, 2023 |
| Case Management Conference: | October 17, 2023, 2:00 p.m. |

DATE:

THE HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION REGARDING RESPONSE DATE AND CMC DATE
Case No: 3:22-cv-03195-WHO

3