UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINONEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 22-cv-03195-WHO<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME**<br><br>Re: Dkt. No. 86 |

Having reviewed the parties' request to extend the briefing schedule on the pending motion seeking leave to amend, and good cause appearing, their request is GRANTED. Dkt. No. 86. Any response is due on **August 21, 2023**; any reply is due on **August 28, 2023**. The hearing on the motion remains set for **September 13, 2023**.

The parties are reminded that under Civil Local Rule 6-1(b), "[a] Court order is required for any enlargement or shortening of time . . . that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint)." The parties are also reminded to include proposed orders with such requests.

**IT IS SO ORDERED.**

Dated: August 14, 2023

William H. Orrick
United States District Judge