Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
Bobbi Taylor* (NJ Bar No. 435162023)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org

*Admitted *pro hac vice*

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

ISMAIL J. RAMSEY (CABN 189820)
*United States Attorney*
Michael Lo (NY Bar No. 4325163)
*Chief, Civil Division*
Michael A. Keough (NY Bar No. 5199666)
*Assistant United States Attorney*
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
michael.keough@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:22-cv-03195-WHO<br><br>**STIPULATED REQUEST REGARDING BRIEFING SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Rule 6-2, Plaintiffs and Defendant United States respectfully stipulate to and request an alteration of the briefing schedule related to Defendant's pending motion to dismiss Plaintiffs' fourth amended complaint, for the reasons and in the manner set forth below. This is the first request for a modification of time as to the pending motion.

Defendant filed the pending motion on August 29. That makes Plaintiffs' opposition due September 12. A combination of the holiday weekend, simultaneous work obligations, and simultaneous family obligations for Plaintiffs' lead counsel make the September 12 deadline difficult to meet. Additionally, Plaintiffs intend to move for partial summary judgment as to Count 1 contemporaneously with their opposition to Defendant's motion to dismiss. Because some of the legal issues implicated by those two motions will overlap, the parties believe it makes sense in the interest of conservation of resources for both to be heard simultaneously. So, taking account of the Court's scheduling rules (which require Plaintiffs' motion to be heard at least 35 days after filing) and the availabilities of the parties and the Court, the parties propose the following briefing and hearing schedule:

**September 20:** Plaintiffs file (1) opposition to Defendant's pending motion to dismiss the fourth amended complaint and (2) Plaintiffs' intended motion for partial summary judgment as to Count 1.

**October 4:** Defendant files (1) reply in support of the motion to dismiss and (2) opposition to the motion for partial summary judgment.

**October 11:** Plaintiff files reply in support of the motion for partial summary judgment.

**October 30:** Court's hearing on both motions.

A proposed order is appended hereto, and a declaration of Plaintiffs' counsel accompanies this stipulation.

Dated: September 6, 2024

| | |
|---|---|
| s/ Jaba Tsitsuashvili<br>Jaba Tsitsuashvili (CA Bar No. 309012)<br>Patrick Jaicomo* (MI Bar No. P-75705)<br>Bobbi Taylor* (NJ Bar No. 435162023)<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Phone: (703) 682-9320<br>Fax: (703) 682-9321<br>jtsitsuashvili@ij.org<br><br>*Admitted *pro hac vice*<br><br>Anna M. Barvir (CA Bar No. 268728)<br>MICHEL & ASSOCIATES, P.C.<br>180 E. Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br>Fax: (562) 216-4445<br>abarvir@michellawyers.com<br><br>*Counsel for Plaintiffs* | s/ Michael A. Keough (with permission)<br>ISMAIL J. RAMSEY (CABN 189820)<br>Michael Lo (NY Bar No. 4325163)<br>*Chief, Civil Division*<br>Michael A. Keough (NY Bar No. 5199666)<br>*Assistant United States Attorney*<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>Fax: (415) 436-7234<br>michael.keough@usdoj.gov<br><br>*Counsel for the United States* |

**THE PARTIES' STIPULATION AS TO THE PROPOSED BRIEFING AND HEARING SCHEDULE ABOVE IS GRANTED.**

Dated: September 11, 2024

_____
Hon. William H. Orrick
United States District Court Judge