UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC, | Case No. 3:22-CV-03195-WHO |
| Plaintiffs, | **DECLARATION OF MARK HODGES** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, Mark Hodges, declare as follows:

1.      The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2.      I currently serve as a Postal Inspector and have worked for the U.S. Postal Inspection Service since 2007.

3.      As part of my duties, I manage USPIS' Administrative Non-Mailability Protocol (ANP) for the San Francisco Division headquartered in Richmond, California (referred to as "DHQ").  ANP is the administrative process by which USPIS addresses suspected narcotics parcels shipped via U.S. mail.

4.      I understand that four parcels shipped via Express Mail on June 3, 2020 are at issue in this action, bearing the tracking numbers EJ363119375US, EJ363119384US, EJ363119353US, and EJ363119367US.

5.      On June 4, 2020, the parcels arrived at USPIS's Division Headquarters ("DHQ") in Richmond, California and were processed as part of ANP.

6.      The parcels were then evaluated and processed by USPIS contractors Stephen Fajardo (EJ363119375US, EJ363119353US, and EJ363119367US) and Carlos Ruiz (EJ363119384US).

7.      Early in the morning on June 5, 2020, I retrieved these four parcels from the secure ANP holding room at DHQ, where the parcels were stored after Fajardo and Ruiz evaluated them.

8.     The parcels were not open at the time I retrieved them.

9.     The parcels showed no signed of having been opened and resealed at the time I retrieved them.

10.    I did not open the parcels.

11.    After retrieving the parcels, I took photographs of the parcels.  True and correct copies of the photographs I took were marked as Deposition Exhibit 32 and bear the Bates range USA000823 to USA000831, and are attached to my declaration.

12.    I then transported the parcels from DHQ in Richmond, California to the Oakland Processing & Delivery Center ("P&DC") to be returned to the mailstream and delivered to their intended recipients

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.  Executed this 4th day of October, 2024, in Richmond, California.


DATED:  October 4, 2024

MARK HODGES

DECLARATION OF MARK HODGES
3:22-CV-03195-WHO









USA000825



Confidential



USA000827





USA000829



USA000830



USA000831