UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 3:22-CV-03195-WHO<br><br>**DECLARATION OF JEFFREY AGSTER** |

I, Jeffrey Agster, declare as follows:

1. The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2. I currently serve as a Postal Inspector and have worked for the U.S. Postal Inspection Service since 2004.

3. As part of my duties, I manage USPIS' Administrative Non-Mailability Protocol (ANP). As part of the ANP process in 2020, parcels that shared characteristics with suspected narcotics parcels were held for 21 days before being opened unless consent or a search warrant was provided prior to the expiration of the 21-day window.

4. In response to an interrogatory asking for information about the disposition of parcels processed through the ANP, I compiled data from the ANP database with the assistance of my team.

5. The data compiled for the interrogatory response appears below:

| Statistics for 2020 | Count |
|---|---|
| Number of parcels detained by USPIS pursuant to ANP: | 50,832 |
| Number of those year 2020 detained parcels that were opened based on: | |
| o Consent | 2,777 |
| o Expiration of 21-day window | 48,016 |
| o Parcels opened up to 3 days prior to the expiration of the 21-day window | 0 |
| o Judicial search warrant | 24 |
| o Something else | 15 |
| | Appeal process through OOC (10) |
| | Unclear from appeal whether consent to open provided or returned to mailstream (5) |
| Number of those year 2020 detained parcels in which: | |
| o Marijuana was found | 46,942 |
| o Other illegal drugs were found | 2,181 |
| o Other contraband was found | 195 |
| o Only mailable items were found | 3,273 |
| Number of parcels assessed by USPIS pursuant to ANP and returned to the mailstream without being detained: | 6,318 |
| Number of parcels assessed by USPIS pursuant to ANP and returned to the mailstream without being opened: | 62 |

6. The data used to compile the response was stored in the ANP database maintained by USPIS to track data related to each ANP parcel, the same data reflected in the Parcel Detail Worksheets for each individual parcels.

7. That data indicates that, in 2020, 62 parcels were assessed by USPIS and returned to the mailstream and without being opened. This number includes the four parcels bearing tracking numbers EJ363119375US, EJ363119384US, EJ363119353US, and EJ363119367US.

8. The data also reflects that that 0 parcels were opened in 2020 up to 3 days prior to the expiration of the 21-day window (i.e., from 0 to 18 days after triage).

9. Data for the parcels EJ363119375US, EJ363119384US, EJ363119353US, and EJ363119367US does not appear in the fields for parcels opened based consent, expiration of 21-day window, judicial search warrant, or something else, because ANP data indicates that these parcels were

DECLARATION OF JEFFREY AGSTER
3:22-CV-03195-WHO

not opened.

10. The ANP database does not reflect that parcels EJ363119375US, EJ363119384US, EJ363119353US, and EJ363119367US were opened. The same data is reflected in the Parcel Detail Worksheets for these parcels, which reflect no opening date.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 4th day of October 2024, in Phoenix, Arizona.

DATED: October 4, 2024

_____
JEFFREY AGSTER

DECLARATION OF JEFFREY AGSTER
3:22-CV-03195-WHO