ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6570
    Email: michael.keough@usdoj.gov

*Attorneys for the*
*United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 3:22-CV-03195-WHO<br><br>**DECLARATION OF**<br>**MICHAEL A. KEOUGH** |

I, Michael A. Keough, declare as follows:

    1.    I am an Assistant United States Attorney and represent the United States of America in the above captioned matter. I am a member in good standing of the State Bar of New York. The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the deposition of René Quiñonez, taken on June 5, 2024.

    I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 4th day of October, 2024, in Oakland, California.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 4, 2024 | Respectfully submitted, |
| 3 | | ISMAIL J. RAMSEY |
| | | United States Attorney |
| 4 | | |
| 5 | | /s/ *Michael A. Keough* |
| | | MICHAEL A. KEOUGH |
| 6 | | Assistant United States Attorney |
| 7 | | *Attorneys for the United States of America* |