# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   - - - - - - - - - - - - - - - - - - -
 6   RENÉ QUIÑONEZ and MOVEMENT INK    )
 7   LLC,                              )   CASE NO.
 8              Plaintiffs,            )   3:22-CV-03195-WHO
 9   v.                                )
10   UNITED STATES OF AMERICA,         )
11              Defendant.             )
12   - - - - - - - - - - - - - - - - - - -
13
14
15             DEPOSITION OF RENÉ A. QUIÑONEZ
16                WEDNESDAY, JUNE 5, 2024
17
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22            BY:  SUZANNE I. ANDRADE, CSR NO. 10682
23                  455 MARKET STREET, SUITE 1800
24                 SAN FRANCISCO, CALIFORNIA  94105
25                        (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Deposition of RENÉ A. QUIÑONEZ, taken on behalf
11 of Defendant, at 1301 Clay Street, Third Floor, Oakland,
12 California, commencing at 9:21 A.M., WEDNESDAY, JUNE 5,
13 2024, before Suzanne I. Andrade, Certified Shorthand
14 Reporter No. 10682, pursuant to Notice.
15
16
17
18
19
20
21
22
23
24
25
```

1         What happened after that?
2      A.   Yeah, I left.  I mean, I trust that they're
3   going to do their job.
4      Q.   So fair to say that the last time that you saw
5   the packages was once they have -- where they were
6   placed in the bin next to the retail clerk station?
7      A.   Correct.
8      Q.   And would you also agree that you don't have
9   any firsthand knowledge of what happened to the parcels
10  after that time?
11     A.   Other than them being seized?
12     Q.   Well, did you -- were you there to see anything
13  else that happened to the parcels after you dropped them
14  off in that bin?
15     A.   No.
16     Q.   Okay.  You mailed the first set of parcels on
17  June 3rd, correct?
18     A.   In regards to the ones we're talking about?
19     Q.   Right, the ones at issue in this case.  I
20  believe you called them the original four parcels.
21     A.   Yes.
22     Q.   You mailed those on June 3rd, 2020, correct?
23     A.   Yes.
24     Q.   And on June 4th, 2020 -- let me strike that.
25          Do you recall checking the tracking updates at

```
 1  STATE OF CALIFORNIA          )
 2  COUNTY OF SAN FRANCISCO      ) ss.
 3              I hereby certify that the witness in the
 4  foregoing deposition, RENÉ A. QUIÑONEZ, was by me duly
 5  sworn to testify to the truth, the whole truth and
 6  nothing but the truth, in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; and that the deposition is a true record
 9  of the witness's testimony as reported by me, a duly
10  certified shorthand reporter and a disinterested person,
11  and was thereafter transcribed into typewriting by
12  computer.
13              I further certify that I am not interested in
14  the outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17              IN WITNESS WHEREOF, I have hereunto set my
18  hand this 17th day of June, 2024.
19  Reading and Signing was:
20  ___ requested    ___ waived    _x_ not requested
21
22                  [signature]
23
24          SUZANNE I. ANDRADE, CSR NO. 10682
25          STATE OF CALIFORNIA
```