1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6878
6     Fax: (415) 436-7234
      michael.keough@usdoj.gov
7
   *Attorneys for Defendant*
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 | RENÉ QUIÑONEZ and MOVEMENT INK LLC, | ) Case No. 3:22-CV-03195-WHO
13 |                                      | )
   |        Plaintiffs,                   | ) **[PROPOSED] ORDER**
14 |                                      | )
   |     v.                               | )
15 |                                      | )
   | UNITED STATES OF AMERICA,            | )
16 |                                      | )
   |        Defendant.                    | )
17 |                                      | )
18 |                                      | )

19     The Court hereby ORDERS that the Designated Material referenced in Defendant's Response to
20 the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 120)
21 will be treated as follows:
22

| **Item to Be Sealed** | **Reason** | **Ruling on Sealing** |
|---|---|---|
| Former U.S. Postal Inspection Service ("USPIS") contractor Stephen Fajardo deposition transcript, pages 20-24, 33-80, 82-115, 115-133, 141-153 | Testimony regarding law enforcement sensitive information and techniques related to USPIS' Administrative Nonmailability Protocol ("ANP"), as well as testimony regarding deposition exhibits below separately identified as confidential | |
| Deposition Exhibit 4 (Fajardo) | E-mail correspondence regarding | |

| | | |
|---|---|---|
| | ANP investigation | |
| Deposition Exhibit 5 (Fajardo) | E-mail correspondence regarding ANP investigation | |
| Former USPIS contractor Carlos Ruiz deposition transcript, pages 12-100, 102-142 | Testimony regarding law enforcement sensitive information and techniques related to ANP | |
| USPIS 30(b)(6) deposition transcript (Postal Inspector Jeff Agster), pages 15-185 and 193-197 | Testimony regarding law enforcement sensitive information and techniques related to ANP, as well as testimony regarding deposition exhibits below and deposition exhibits separately identified as confidential but not attached to transcript filed by Plaintiffs | |
| Deposition Exhibit 48 | ANP procedures document for USPIS Contraband Interdiction & Investigations | |
| Deposition Exhibit 49 | E-mail correspondence regarding ANP investigation | |

IT IS SO ORDERED.

DATE: _____

THE HONORABLE WILLIAM H. ORRICK
United States District Judge