ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile:  (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:22-CV-03195-WHO<br><br>**[PROPOSED] ORDER** |

Upon consideration of Defendant's Motion for Summary Judgment and the supporting evidence thereto, the motion is GRANTED.  Summary judgment is granted in Defendant's favor on the remaining counts of the Fourth Amended Complaint (Counts 1 and 3).

IT IS SO ORDERED.

DATE: _____

                                                THE HONORABLE WILLIAM H. ORRICK
                                                United States District Judge