UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE QUINONEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 22-cv-03195-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 159 |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, judgment is accordingly entered.

Dated: April 15, 2025

Mark B. Busby, Clerk

By: Jean M. Davis, Deputy Clerk