Jaba Tsitsuashvili (CA Bar No. 309012)
Patrick Jaicomo* (MI Bar No. P-75705)
Bobbi Taylor* (NJ Bar No. 435162023)
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jtsitsuashvili@ij.org

*Admitted *pro hac vice*

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Phone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
michael.keough@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RENÉ QUIÑONEZ and MOVEMENT INK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:22-cv-03195-WHO<br><br>**STIPULATED REQUEST FOR TEN-DAY EXTENSION OF DEADLINE FOR PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS (Doc. 164)**<br><br>Judge: Hon. William H. Orrick |

Stipulated Request for Ten-Day Extension of Deadline for Plaintiffs' Objections to Defendant's Bill of Costs
Case No. 3:22-cv-03195-WHO

1

1      Pursuant to Local Rule 6-2, Plaintiffs and Defendant United States respectfully stipulate to and request a ten-day extension of Plaintiffs' deadline for objections to Defendant's bill of costs (Doc. 164).

     Defendant filed its bill of costs on April 25. Plaintiffs' objections are due within 14 days of that date, on May 9. Local Rule 54-2(a).

     Due to Plaintiffs' professional and personal obligations, as well as Plaintiffs' counsel's simultaneous professional and personal obligations (including class action depositions, a petition for rehearing en banc, and summary judgment briefing in three different federal lawsuits), Plaintiffs' counsel asked Defendant's counsel for consent to a ten-day extension by email on May 7. Defendant's counsel consented the same day.

     This extension is not sought in bad faith or for purposes of delay. And no other extension has been sought or is expected on this issue.

     This extension will not impact any other deadlines in this case.

     For these reasons, the parties respectfully request that the Court extend Plaintiffs' deadline for objections to Defendant's bill of costs by ten days, from May 9 to May 19, 2025.

     A proposed order is appended hereto, and a declaration of Plaintiffs' counsel accompanies this stipulation.

Stipulated Request for Ten-Day Extension of Deadline for Plaintiffs' Objections to Defendant's Bill of Costs
Case No. 3:22-cv-03195-WHO

2

Dated: May 7, 2025

| | |
|---|---|
| s/ Jaba Tsitsuashvili | s/ Michael A. Keough (with permission) |
| Jaba Tsitsuashvili (CA Bar No. 309012) | *Assistant United States Attorney* |
| Patrick Jaicomo* (MI Bar No. P-75705) | |
| Bobbi Taylor* (NJ Bar No. 435162023) | *Counsel for the United States* |
| INSTITUTE FOR JUSTICE | |
| 901 N. Glebe Road, Suite 900 | |
| Arlington, VA 22203 | |
| Phone: (703) 682-9320 | |
| Fax: (703) 682-9321 | |
| jtsitsuashvili@ij.org | |

*Admitted *pro hac vice*

Anna M. Barvir (CA Bar No. 268728)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
abarvir@michellawyers.com

*Counsel for Plaintiffs*

**THE PARTIES' STIPULATION ABOVE IS GRANTED. PLAINTIFFS' DEADLINE FOR OBJECTIONS TO DEFENDANT'S BILL OF COSTS IS EXTENDED BY TEN DAYS, FROM MAY 9 TO MAY 19, 2025.**

Dated: May 8, 2025

_____
Hon. William H. Orrick
United States District Court Judge

Stipulated Request for Ten-Day Extension of Deadline for Plaintiffs' Objections to Defendant's Bill of Costs
Case No. 3:22-cv-03195-WHO

3