1           IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION


4

5    QUINONEZ, ET AL,              )   CV-22-3195-WHO
                                   )
              PLAINTIFFS,          )   SAN FRANCISCO, CALIFORNIA
6                                  )
         VS.                       )   FEBRUARY 26, 2025
7                                  )
     DOES 1 THROUGH 5,             )   PAGES 1-28
8                                  )
              DEFENDANTS.          )
9                                  )
     _____ )
10

11           TRANSCRIPT OF PROCEEDINGS BY ZOOM
          BEFORE THE HONORABLE WILLIAM H. ORRICK
12              UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14
     FOR THE PLAINTIFF:      INSTITUTE FOR JUSTICE
15                           901 N. GLEBE ROAD, SUITE 900
                             ARLINGTON, VA 22203
16                           BY:  JABA TSITSUASHVILI
                                  BOBBI TAYLOR
17

18
     FOR THE DEFENDANT:      UNITED STATES ATTORNEY'S OFFICE
19                           DEPARTMENT OF JUSTICE
                             1301 CLAY STREET, SUITE 340S
20                           OAKLAND, CA 94612
                             BY:  MICHAEL A. KEOUGH
21

22


23
     OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
24                                CERTIFICATE NUMBER 13185

25
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY

1    TRANSCRIPT PRODUCED WITH COMPUTER

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                 FEBRUARY 26, 2025 |
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 2:40 P.M.) |
| 02:39:58 | 4 | THE CLERK:  WE WILL GET UNDER WAY THEN IN CASE NUMBER |
| 02:40:01 | 5 | 22-3195.  QUINONEZ V.  DOES 1 THROUGH 5. |
| 02:40:06 | 6 | COUNSEL, IF YOU WOULD PLEASE STATE YOUR APPEARANCE FOR THE |
| 02:40:09 | 7 | RECORD. |
| 02:40:10 | 8 | MR. TSITSUASHVILI:  JABA TSITSUASHVILI AND |
| 02:40:13 | 9 | BOBBI TAYLOR FROM THE INSTITUTE FOR JUSTICE ON BEHALF OF |
| 02:40:15 | 10 | PLAINTIFFS, RENE QUINONEZ AND MOVEMENT, INK, LLC. |
| 02:40:20 | 11 | MR. KEOUGH:  GOOD AFTERNOON, YOUR HONOR. |
| 02:40:21 | 12 | ASSISTANT U.S. ATTORNEY MICHAEL KEOUGH FOR THE |
| 02:40:25 | 13 | UNITED STATES. |
| 02:40:25 | 14 | THE COURT:  GREAT.  GOOD AFTERNOON TO YOU BOTH. |
| 02:40:30 | 15 | SO LET ME TELL YOU HOW I'M LOOKING AT THIS MOTION.  AT THE |
| 02:40:34 | 16 | END OF THE DAY, IT SEEMS THAT THERE IS NO EVIDENCE THAT THE |
| 02:40:38 | 17 | PACKAGES WERE ACTUALLY OPENED. |
| 02:40:44 | 18 | FROM THE RECORD, FAJARDO, RUIZ AND HODGES ALL TESTIFIED |
| 02:40:46 | 19 | THAT THEY DIDN'T OPEN THEM.  AGSTER'S DECLARATION I THINK IS |
| 02:40:51 | 20 | CONSISTENT, WHILE FAJARDO AND RUIZ USED THE TERM "DETAINED," |
| 02:40:59 | 21 | AND I UNDERSTAND WHY THAT CREATED SOME AMBIGUITY FOR THE |
| 02:41:06 | 22 | PLAINTIFFS. |
| 02:41:07 | 23 | THE KEY FACT FROM EXTRA CHARGE, WHICH I THINK IS MORE |
| 02:41:12 | 24 | CONSISTENTLY READ THAN THE WAY THAT THE GOVERNMENT DOES, BUT |
| 02:41:17 | 25 | THE KEY FACT IS THAT THERE'S NO EVIDENCE THAT THE PACKAGES WERE |

4

```
02:41:20   1      OPEN.

02:41:22   2           AND THAT CHART IS CONSISTENT WITH THAT CONCLUSION.  THE

02:41:31   3      PLAINTIFF HAS ALWAYS CLAIMED THAT THE PACKAGES WERE OPENED.  MY

02:41:36   4      PRIOR ORDER DENYING THE MOTION FOR SUMMARY JUDGEMENT DISCUSSED

02:41:39   5      THE CONTRARY EVIDENCE, AND CONCLUDED AT A BARE MINIMUM THAT

02:41:46   6      THERE WAS A MATERIAL DISPUTE, BUT THAT WAS NOT EXAMINING ALL OF

02:41:51   7      THE EVIDENCE THAT IS BEFORE THE COURT, AND DEFENDANT'S MOTION

02:41:57   8      SHOWS THAT THE PLAINTIFF'S CLAIM LACKS EVIDENCE TO SUPPORT IT.

02:42:00   9           SO I GRANT WITH RESPECT TO THE TRESPASS TO CHATTELS

02:42:06  10      BECAUSE YOU NEED TO SHOW BOTH THAT THE PACKAGES WERE OPENED AND

02:42:10  11      SEARCHED.  I WOULD ALSO GRANT WITH RESPECT TO THE INTERFERENCE

02:42:14  12      WITH RESPECT TO ECONOMIC ADVANTAGE, THE ONLY ENTITY THAT WE ARE

02:42:21  13      CONCERNED WITH AT THIS POINT IS THE MOVEMENT FOR BLACK LIVES.

02:42:26  14           AND THERE WAS -- THERE ARE NO FUTURE ECONOMIC

02:42:31  15      RELATIONSHIP, NO FUTURE ECONOMIC BENEFIT THAT COULD BE SHOWN,

02:42:35  16      THERE IS NO CONTRACT, THERE IS NO DEPOSITION TESTIMONY WHICH

02:42:41  17      WOULD SUPPORT THE PLAINTIFF'S CLAIM.

02:42:47  18           MS. ADAM'S TESTIMONY WAS UNEQUIVOCAL.  MR. QUINONEZ'S

02:42:51  19      PERSONAL BELIEFS AREN'T EVIDENCE AND HIS STATEMENTS ABOUT WHAT

02:42:55  20      MR. STEEZ SAID, NOT ONLY ARE THEY HEARSAY BUT MR. STEEZ

02:43:01  21      WOULDN'T HAVE AUTHORITY TO BIND MOVEMENT FOR BLACK LIVES

02:43:06  22      ANYWAY.

02:43:07  23           SO I THINK THE PLAINTIFF ALSO COULDN'T SHOW AN ACTUAL

02:43:10  24      DISRUPTION OF A RELATIONSHIP OR ECONOMIC HARM.

02:43:14  25           SO THAT IS THE MOUNTAIN THAT YOU NEED TO CLIMB.  AND SO
```

02:43:23   1    LET ME HEAR FROM THE PLAINTIFFS.

02:43:25   2            MR. TSITSUASHVILI:  THANK YOU, YOUR HONOR.

02:43:27   3        SO I'M GOING TO START BY TRYING TO CLIMB THE MOUNTAIN THAT

02:43:30   4    I THINK IS EASIER FOR ME TO CLIMB, FRANKLY, WHICH IS WITH

02:43:34   5    RESPECT TO COUNT 3, THE INTERFERENCE CLAIM.

02:43:36   6            THE COURT:  GO AHEAD.

02:43:37   7            MR. TSITSUASHVILI:  I WOULD LIKE TO PROCEED IN TWO

02:43:39   8     PARTS, THE FIRST BEING ON THE PROBABILITY OF FUTURE ECONOMIC

02:43:43   9     BENEFIT PRONG OF THE SORT AND THEN MOVE TO THE ACTUAL

02:43:46   10    DISRUPTION PRONG OF THE TORT, IF I COULD.

02:43:51   11       SO I WOULD LIKE TO START BY POINTING TO PARAGRAPHS 15

02:43:55   12    THROUGH 16 OF MR. QUINONEZ'S DECLARATION WHICH ARE UNREFUTED.

02:43:59   13    HE SAYS, "BEFORE THE GOVERNMENT'S INTERFERENCE WITH THE MASK

02:43:59   14    ORDERS, I HAD DISCUSSIONS WITH KARISSA LEWIS, FRESCO STEEZ, AND

02:43:59   15    OTHER M4BL AFFILIATES ABOUT EXPANDING THE SCOPE OF

02:43:59   16    MOVEMENT INK'S WORK FOR M4BL TO INCLUDE VARIOUS TYPES OF

02:43:59   17    APPAREL (FROM HOODIES TO ONESIES) GOING FORWARD."

02:44:17   18       HE GOES ON, "THE DISCUSSIONS WITH FRESCO STEEZ WERE

02:44:17   19    PARTICULARLY PRONOUNCED, WITH THE EXPECTATION ON BOTH SIDES

02:44:17   20    THAT MOVEMENT INK'S SUCCESS WITH THE MASK ORDERS WOULD LEAD TO

02:44:31   21    MORE NATIONAL M4BL WORK FOR MOVEMENT INK."

02:44:31   22       SO THOSE STATEMENTS TAKEN TOGETHER, YOUR HONOR, WITH THE

02:44:34   23    TOTALITY OF THE CIRCUMSTANCES AROUND THIS RELATIONSHIP, WHICH I

02:44:38   24    WILL GET TO IN A SECOND, I THINK DO SUFFICE TO SHOW A

02:44:42   25    PROBABILITY OF FUTURE ECONOMIC BENEFIT.

02:44:45  1       NOW I TAKE YOUR HONOR TO BE SAYING THAT THERE MAY BE SOME

02:44:47  2   TENSION BETWEEN THOSE UNEQUIVOCAL DIRECT STATEMENTS OF

02:44:52  3   DISCUSSIONS ABOUT FUTURE BUSINESS RELATIONSHIPS, SOME TENSION

02:44:58  4   WITH THE TESTIMONY OF M4BL.  TO THE EXTENT THAT THAT TENSION

02:45:03  5   EXISTS, YOUR HONOR, THAT IS PRECISELY THE KIND OF ISSUE THAT

02:45:05  6   NEEDS TO BE TESTED AT TRIAL, BECAUSE ESSENTIALLY WHAT WE ARE

02:45:09  7   SAYING -- ESSENTIALLY WHAT WE WOULD BE SAYING AT THIS STAGE IS

02:45:14  8   THAT MR. QUINONEZ IS NOT TO BE BELIEVED WHEN HE SAYS THAT IN

02:45:18  9   HIS SWORN DECLARATION, RIGHT.  THAT'S NOT APPROPRIATE AT THE

02:45:21 10   SUMMARY JUDGEMENT STAGE.

02:45:22 11       AND I WOULD LIKE TO MAYBE TURN NOW TO THE TOTALITY OF THE

02:45:26 12   CIRCUMSTANCES UNDER WHICH MR. QUINONEZ SAYS THAT THOSE

02:45:29 13   DISCUSSIONS WERE HAPPENING.

02:45:31 14       I WILL START BY NOTING THAT THESE WERE DISCUSSIONS WITH AN

02:45:37 15   EXISTING CUSTOMER, M4BL, THAT HAD JUST PLACED THESE MASK

02:45:42 16   ORDERS.  THE PERSON AT M4BL WHO HAD PLACED THESE MASK ORDERS

02:45:48 17   WAS KARISSA LEWIS, THE NATIONAL DIRECTOR FOR M4BL AT THAT TIME.

02:45:54 18   SHE HAD THE AUTHORITY TO CONTINUE PLACING ADDITIONAL ORDERS ON

02:45:56 19   BEHALF OF M4BL.

02:45:59 20       NOW IF YOU LOOK AT PAGE 75 OF THE BE M4BL DEPOSITION,

02:46:07 21   YOUR HONOR, YOU WILL SEE THAT FRESCO STEEZ, THAT ACCORDING TO

02:46:10 22   M4BL, FRESCO STEEZ ACTUALLY ALSO HAD AUTHORITY TO PLACE ORDERS

02:46:12 23   FOR M4BL BECAUSE THEY SAID THAT IT WAS FRESCO STEEZ THAT PLACED

02:46:17 24   THE MASK ORDERS FOR TENS OF THOUSANDS OF DOLLARS.

02:46:21 25       NOW AGAIN THERE MAY BE SOME DISPUTE AS TO WHETHER FRESCO

02:46:25  1    STEEZ COULD BUY M4BL FOR SUCH HIGH AMOUNTS IN THE FUTURE, BUT

02:46:28  2    WHETHER THE AMOUNTS IN THE FUTURE WOULD BE THE SAME AS THE

02:46:31  3    AMOUNTS THAT WE HAD HERE IS NOT -- DOES NOT DECIDE WHETHER

02:46:35  4    THERE WAS A PROBABILITY OF SOME FUTURE ECONOMIC BENEFIT.

02:46:38  5         AND AGAIN, MR. QUINONEZ IS SAYING WE WERE TALKING ABOUT

02:46:40  6    THAT FUTURE ECONOMIC BENEFIT.  THERE NEED NOT BE -- THE

02:46:44  7    CALIFORNIA COURTS ARE UNEQUIVOCAL IN SAYING THAT YOU DON'T NEED

02:46:49  8    TO SHOW THE EXISTENCE OF A CONTRACT IN ORDER TO MAKE THIS

02:46:52  9    SHOWING.  IN FACT IF YOUR HONOR LOOKS AT THE CASES THAT WE CITE

02:46:57  10   AT PAGES 12 TO 13, OF OUR BRIEF, THE NORTHERN DISTRICT OF

02:47:03  11   CALIFORNIA AND CENTRAL DISTRICT OF CALIFORNIA GIVE YOU THE FACT

02:47:09  12   PATTERNS THAT COURTS REGULARLY SAY SUFFICES TO MEET THIS

02:47:13  13   ELEMENT OF THIS TORT.

02:47:16  14        FOR EXAMPLE, FROM THE SILICON LABS CASE, SPECIFIC

02:47:21  15   REFERENCES TO POTENTIAL CUSTOMERS WITH WHICH IT HAD PREVIOUS

02:47:24  16   SALES RELATIONSHIPS AND WAS ENGAGED IN BUSINESS DISCUSSIONS.

02:47:27  17   THAT STANDARD MAPS PRECISELY ON TO PARAGRAPHS 15 THROUGH 16 OF

02:47:33  18   MR. QUINONEZ'S DECLARATION.  MOREOVER, BUSINESS DISCUSSION WITH

02:47:36  19   A PROSPECTIVE CUSTOMER -- OF THE SORT THAT COURTS HAVE

02:47:40  20   RECOGNIZED CAN FORM GROUNDS FOR AN INTERFERENCE CLAIM, THAT'S

02:47:44  21   THE POWERTECH CLAIM, AND THAT COLLECTS ADDITIONAL CASES FOR

02:47:49  22   THAT PROPOSITION.

02:47:50  23        THE COURTS ARE CLEAR TO SAY THAT THERE NEED NOT BE A

02:47:53  24   FORMED CONTRACT OR A CONCRETE PLAN THAT YOU CAN POINT TO AND

02:47:57  25   SAY THAT WAS DEFINITELY GOING TO HAPPEN.

02:47:58  1          AND HOW DO WE KNOW THAT?  WE KNOW THAT BECAUSE IF

02:48:01  2     YOUR HONOR LOOKS TO THE EXECUTIVE SECURITIES MANAGEMENT CASE

02:48:04  3     THAT WE CITE IN OUR BRIEF, THEY SAY THAT THE MERE OPPORTUNITY

02:48:07  4     TO BID FOR A FUTURE CONTRACT SUFFICES TO MEET THE PROBABILITY

02:48:12  5     OF FUTURE ECONOMIC BENEFIT PRONG OF THIS TORT, YOUR HONOR.

02:48:17  6          SO THOSE ARE THE CASES THAT WE PRIMARILY RELY ON.  I THINK

02:48:22  7     THE STANDARDS THAT THOSE CASES ANNOUNCE AND THE STANDARDS THAT

02:48:25  8     THOSE CASES SAY THE CALIFORNIA COURTS FOLLOW, MAP CLEANLY AND

02:48:29  9     NEATLY ON TO PARAGRAPHS 15 THROUGH 16 AND THE TOTALITY OF THE

02:48:34 10     CIRCUMSTANCES SURROUNDING THIS SITUATION.

02:48:36 11          BY CONTRAST, THE GOVERNMENT'S PRIMARY CASE THAT IT RELIES

02:48:40 12     ON WHICH IS THE REPUBLICAN NATIONAL COMMITTEE CASE FROM THE

02:48:44 13     EASTERN DISTRICT IS NOTHING LIKE THIS CASE.  WHAT YOU HAD THERE

02:48:48 14     WAS THE REPUBLICAN NATIONAL COMMITTEE COMPLAINING THAT ITS MASS

02:48:53 15     E-MAILS WERE BEING DIVERTED BY GOOGLE TO SPAM FOLDERS, AND THEY

02:48:58 16     WERE TRYING TO SAY THAT THOSE MASS E-MAILS TO AN INDEFINITE

02:49:05 17     NUMBER OF PEOPLE THAT THEY DIDN'T HAVE ANY SORT OF RELATIONSHIP

02:49:08 18     WITH COULD SUFFICE TO SHOW THIS PROBABILITY PRONG.

02:49:11 19          THAT'S NOT THIS CASE, THAT'S NOT REMOTELY LIKE THIS CASE

02:49:14 20     AND IT'S THE CASE THAT THE GOVERNMENT WANTS THIS COURT TO

02:49:17 21     ANALOGIZE TO AS AGAINST THE CASES THAT WE CITE FROM PAGES 12 TO

02:49:23 22     13 OF OUR BRIEF.

02:49:24 23          THE COURT:  BEFORE YOU LEAVE THAT, WHAT EVIDENCE IS

02:49:28 24     IN THE RECORD BESIDES MR. QUINONEZ'S TESTIMONY ABOUT WHAT HE

02:49:36 25     HOPED FOR AND BELIEVED WAS -- WOULD HAPPEN THAT CREATE THAT

02:49:47  1    PROBABILITY OF ECONOMIC BENEFIT?

02:49:50  2       SO NOT JUST THAT HE'S HAVING DISCUSSIONS, BUT WHO FROM THE

02:49:57  3    MOVEMENT FOR BLACK LIVES TESTIFIES THAT THEY WERE GOING TO

02:50:05  4    ENTER INTO SOME SORT OF A SECOND CONTRACT WITH THEM?  IS THERE

02:50:09  5    ANYBODY?

02:50:10  6       MR. TSITSUASHVILI:  SO YOUR HONOR, WE HAVE NOT MOVED

02:50:13  7    FOR SUMMARY JUDGEMENT ON THIS PRONG, SO --

02:50:16  8       THE COURT:  I'M JUST ASKING WHAT'S THE SHAPE OF THE

02:50:21  9    RECORD?  WOULD YOU ANSWER MY QUESTION?

02:50:22 10       MR. TSITSUASHVILI:  ABSOLUTELY, YOUR HONOR.

02:50:23 11       SO IF YOU LOOK TO M4BL'S TESTIMONY, WHAT THEY TELL US IS A

02:50:29 12    FEW THINGS.  ONE THING THAT THEY TELL US IS THAT KARISSA LEWIS

02:50:34 13    AND FRESCO STEEZ AND THE PEOPLE THAT MR. QUINONEZ SAYS HE WAS

02:50:38 14    ENGAGED IN FORWARD-LOOKING DISCUSSIONS WITH, HAD THE AUTHORITY

02:50:42 15    TO PLACE ORDERS ON BEHALF OF M4BL.

02:50:44 16       ANOTHER THING THAT M4BL'S DEPOSITION TELLS US IS THAT

02:50:48 17    MOVEMENT INK WAS A VALUES-ALIGNED CUSTOMER WITH -- THAT M4BL

02:50:56 18    VIEWED AND VIEWS MOVEMENT INK AS A VALUES-ALIGNED CUSTOMER.

02:51:01 19       THEY GO ON TO TELL US IN THAT SAME DEPOSITION THAT THEY

02:51:04 20    WERE SATISFIED WITH EVERY SINGLE METRIC THAT M4BL CONSIDERS

02:51:07 21    WHEN DECIDING WHETHER TO DO BUSINESS WITH AN OUTSIDE

02:51:10 22    CONTRACTOR, BE IT PRICE, BE IT SPEED, BE IT QUALITY OF WORK.

02:51:14 23       AND THEN THEY GO ON TO TELL US THAT IN THAT SUMMER WHEN

02:51:20 24    THESE CONVERSATIONS THAT MR. QUINONEZ IS SWEARING TO HAPPENED,

02:51:26 25    M4BL "HAD INCREASES IN M4BL'S NEED FOR SCREEN PRINTED APPAREL,"

02:51:31  1    AND LOTS OF "MOBILIZATIONS" FOR WHICH M4BL ORDERED

02:51:37  2    SCREEN-PRINTED APPAREL.

02:51:38  3         SO MR. QUINONEZ'S TESTIMONY ABOUT THE DISCUSSIONS THAT

02:51:40  4    WERE HAPPENING WITH M4BL MEMBERS WHO HAD THE AUTHORITY TO BIND

02:51:45  5    M4BL, AND WE KNOW THAT THEY DID BECAUSE THEY JUST HAD AND

02:51:48  6    BECAUSE M4BL SAID THEY COULD, IN A SETTING AND IN A CONTEXT IN

02:51:54  7    WHICH M4BL IN THAT MOMENT AND IN THE MONTHS AHEAD NEEDED A LOT

02:51:59  8    OF SCREEN-PRINTED APPAREL.

02:52:01  9         SO I THINK THAT IS THE --

02:52:04  10          THE COURT:  SO THE ANSWER TO MY QUESTION IS NO, THERE

02:52:09  11   IS NOBODY ELSE, YOU DIDN'T GET A DECLARATION OR THERE IS NO

02:52:15  12   DEPOSITION FROM MR. STEEZ OR MS. LEWIS THAT SAYS WE WERE GOING

02:52:18  13   TO HAVE A SECOND -- WE WERE TALKING ABOUT A SECOND CONTRACT

02:52:23  14   THAT WE WERE IMMINENTLY GOING TO ENTER WITH YOU.

02:52:31  15          MR. TSITSUASHVILI:  YOUR HONOR, THERE IS NO

02:52:34  16   DECLARATION OR TESTIMONY FROM THOSE INDIVIDUALS.  AND I

02:52:40  17   THINK --

02:52:40  18          THE COURT:  OKAY.  YOU DIDN'T ANSWER MY QUESTION.

02:52:41  19   YOU CAN NOW GO ON TO ANY OTHER ARGUMENT YOU WANT TO MAKE

02:52:44  20   ON THAT, BUT THAT'S WHAT I WANTED TO CLARIFY.

02:52:48  21          MR. TSITSUASHVILI:  SURE, YOUR HONOR.

02:52:49  22   IF I COULD JUST ROUND OUT THIS ARGUMENT AND THEN MOVE TO

02:52:52  23   THE ACTUAL DISRUPTION, I THINK THAT THE KEY HERE, YOUR HONOR,

02:52:56  24   IS THAT IN ORDER TO FIND AT THE SUMMARY JUDGEMENT STAGE THAT

02:53:01  25   THERE WAS NO -- THAT THERE COULD BE NO PROBABILITY OF ANY

02:53:05  1    FUTURE ECONOMIC BENEFIT AS BETWEEN THESE PARTIES WHO WERE

02:53:10  2    ALREADY ENGAGED IN ECONOMIC RELATIONSHIPS, YOUR HONOR WOULD

02:53:14  3    HAVE TO FIND THAT MR. QUINONEZ'S CREDIBILITY -- FIND THAT

02:53:20  4    MR. QUINONEZ IS NOT CREDIBLE.  IT'S A CREDIBILITY DETERMINATION

02:53:23  5    THAT WOULD NEED TO BE MADE AT TRIAL, YOUR HONOR, AND THERE IS

02:53:25  6    NO REASON THAT ADDITIONAL WITNESSES CANNOT TESTIFY AT TRIAL IF

02:53:28  7    YOUR HONOR SAYS THAT'S NECESSARY.

02:53:30  8         SO THEN I WILL TURN -- IF I COULD NOW TURN TO THE ACTUAL

02:53:33  9    DISRUPTION PRONG OF THE TORT.

02:53:39  10        SO AGAIN, I SPOT YOU, YOUR HONOR, THAT I AM CONTINUING TO

02:53:46  11   RELY ON TWO THINGS PRIMARILY, MR. QUINONEZ'S DECLARATION WHICH

02:53:50  12   HE HAS PERSONAL KNOWLEDGE OF WHICH IS SWORN AND WHICH THERE IS

02:53:54  13   NO REPUTATION OF, AND THE BACKGROUND CIRCUMSTANCES IN WHICH ALL

02:53:57  14   OF THIS HAPPENED.

02:53:58  15        SO PARAGRAPHS -- NOW EXPANDING OUT THE PART OF THE

02:54:02  16   DECLARATION THAT WE ARE LOOKING AT, PARAGRAPHS 15 THROUGH 19 OF

02:54:06  17   MR. QUINONEZ'S DECLARATION TELL A SIMPLE STORY.  THEY SAY THAT

02:54:10  18   HE WAS ENGAGED IN BUSINESS DISCUSSIONS WITH M4BL

02:54:15  19   REPRESENTATIVES THAT HAD JUST PLACED THESE ORDERS, WHO HE WAS

02:54:18  20   WORKING WITH ON A REGULAR BASIS DURING THIS TIME.  HE SAYS THE

02:54:22  21   GOVERNMENT INTERFERED WITH THE EXISTING ORDERS AND THAT THOSE

02:54:26  22   CUSTOMERS PROCEEDED TO CUT OFF THE DISCUSSIONS THAT WERE

02:54:29  23   HAPPENING ABOUT FUTURE ORDERS.

02:54:32  24        SO THAT IS ACTUAL DISRUPTION, PLAIN AND SIMPLE,

02:54:37  25   YOUR HONOR.  THE NINTH CIRCUIT IN THE CYBERSOUND CASE SAYS ALL

02:54:39  1    YOU NEED FOR THE ACTUAL DISRUPTION IS A NEGOTIATION WITH A

02:54:43  2    POTENTIAL CUSTOMER FAILED, RIGHT.  THE NEGOTIATION WAS

02:54:45  3    HAPPENING, THE INTERFERENCE HAPPENED, BOOM, CUT OFF.

02:54:49  4         SO AGAIN, LOOKING TO THE TOTALITY OF THESE CIRCUMSTANCES

02:54:54  5    HERE, RIGHT, WE HAVE IN PARAGRAPH 18 OF THE DECLARATION, WHAT

02:54:59  6    AMOUNTS BY FRESCO STEEZ TO A SMOKING GUN THAT SAYS THE REASON

02:55:04  7    THAT WE ARE CUTTING OFF TIES WITH YOU IS BECAUSE OF THIS

02:55:07  8    INTERFERENCE.

02:55:09  9         I UNDERSTAND YOUR HONOR TO BE SAYING THAT THAT MAY BE

02:55:12  10   HEARSAY, BUT I THINK THERE'S TWO THINGS I WANT TO SAY IN

02:55:16  11   RESPONSE TO THAT.

02:55:18  12        THE FIRST IS THAT WE DON'T NEED THAT SMOKING GUN.  SO

02:55:23  13   LET'S PUT ASIDE FOR A SECOND AND I WILL COME BACK TO WHY I

02:55:26  14   THINK IT IS APPROPRIATE TO CONSIDER THAT SMOKING GUN TESTIMONY

02:55:30  15   OR THAT SMOKING GUN POTENTIAL EVIDENCE IN A SECOND, BUT LET'S

02:55:35  16   PUT IT ASIDE FOR NOW, OKAY.

02:55:37  17        SO I THINK THAT THE ACTUAL DISRUPTION PRONG CAN BE AND IS

02:55:41  18   MET HERE, OR AT LEAST ENOUGH TO GET TO TRIAL WITHOUT THE

02:55:45  19   SMOKING GUN STATEMENT.  AND THE REASON IS AGAIN YOU HAVE

02:55:49  20   MR. QUINONEZ SAYING WE ARE ENGAGED IN BUSINESS DISCUSSIONS, THE

02:55:52  21   INTERFERENCE HAPPENS AND THEN THOSE DISCUSSIONS GET CUT OFF.

02:55:57  22        WELL WHAT DID M4BL TESTIFY WAS HAPPENING BEHIND THE

02:56:01  23   SCENES?  I POINT THE COURT TO FOOTNOTE 5 OF PAGE 15 OF OUR

02:56:06  24   BRIEF WHERE M4BL'S TESTIMONY SAYS THAT NATIONAL DIRECTOR

02:56:12  25   KARISSA LEWIS WAS WORKING -- WHO WAS INVOLVED IN THESE

02:56:17  1    DISCUSSIONS WITH MOVEMENT INK -- SAID SHE WAS WORRIED AND KIND

02:56:20  2    OF SHOCKED THAT THE MASKS HAVE BEEN STOPPED OR SEIZED.

02:56:24  3        M4BL'S DEPO TESTIMONY GOES ON, THERE WERE MEMBERS OF M4BL

02:56:28  4    WHO WERE CONCERNED ABOUT THE MASKS BEING TAKEN, BEING SEIZED,

02:56:32  5    AND A FEW OF THOSE MEMBERS WERE CONCERNED IF THAT MEANT THAT

02:56:35  6    M4BL WOULD BE FACING MORE SCRUTINY.

02:56:39  7        THE M4BL DEPO GOES ON, THERE WERE A FEW OTHER MEMBERS WHO

02:56:43  8    WERE CONCERNED ABOUT WHAT THIS MEANT FOR M4BL AND THE WAY THAT

02:56:46  9    M4BL COULD HAVE BEEN SCRUTINIZED.

02:56:48  10       AND THEN THE M4BL DEPO EXPLAINS THAT M4BL CONSULTED AN

02:56:53  11   ATTORNEY IN THE CONTEXT OF ALL OF THIS WORRY AND SHOCK THAT WAS

02:56:58  12   BEING EXPRESSED BY THE NATIONAL DIRECTOR AND OTHER MEMBERS, AND

02:57:02  13   SUDDENLY NO MORE COMMUNICATION WITH MOVEMENT INK

02:57:06  14       SO AGAIN, WE DON'T NEED THAT SMOKING GUN TESTIMONY TO SHOW

02:57:12  15   THAT THERE WAS -- TO SHOW THAT THERE IS AN INFERENCE HERE,

02:57:16  16   AGAIN ESPECIALLY VIEWING EVERYTHING IN THE LIGHT MOST FAVORABLE

02:57:19  17   TO US AT THIS STAGE AS THE NON-MOVEMENT ON SUMMARY JUDGEMENT,

02:57:22  18   THAT THERE WAS ACTUAL DISRUPTION OF A DISCUSSION HERE AND THAT

02:57:26  19   THE REASON FOR THAT DISRUPTION WAS THE SHOCK AND DISMAY THAT

02:57:30  20   M4BL'S MEMBERS, INCLUDING ITS NATIONAL DIRECTOR WERE EXPRESSING

02:57:33  21   AND THAT LEAD THEM TO GO CONSULT AN ATTORNEY AND THEN SUDDENLY

02:57:36  22   CUT OFF ALL TIES WITH MOVEMENT INK

02:57:39  23       SO IN LIGHT OF ALL OF THOSE CIRCUMSTANCES, AS MEASURED

02:57:44  24   AGAINST AGAIN WHAT MOVEMENT -- WHAT M4BL WAS SAYING ABOUT THE

02:57:49  25   QUALITY OF MOVEMENT INK'S WORK AND WHETHER THEY COULD IDENTIFY

02:57:56  1    ANY OTHER REASONS WHY THEY MAY HAVE CUT OFF THESE TIES, I THINK

02:58:00  2    THAT MORE THAN SUFFICES TO MEET THE ACTUAL DISRUPTION PRONG OF

02:58:05  3    THE TORT, YOUR HONOR.

02:58:07  4         NOW AGAIN, TURNING BACK TO YOUR HONOR'S EXPRESS CONCERN

02:58:12  5    ABOUT, WELL, THE SMOKING GUN HERE BY FRESCO STEEZ SAYING THAT

02:58:17  6    WAS INDEED THE REASON IS HEARSAY --

02:58:21  7              THE COURT:  IT'S NOT JUST THAT, THAT STATEMENT, IT'S

02:58:25  8    DO YOU THINK ANY OF THE STATEMENTS IN THE DECLARATION THAT

02:58:32  9    MR. QUINONEZ ATTRIBUTES TO HAVING BEEN MADE BY THIRD PARITIES

02:58:38  10   COULD COME INTO EVIDENCE?

02:58:46  11             MR. TSITSUASHVILI:  SO YOUR HONOR, TWO POINTS.

02:58:48  12        THE FIRST IS PARAGRAPHS 15 AND 16 WHICH I WAS RELYING ON

02:58:51  13   FOR THE PROBABILITY PRONG.

02:58:52  14        AGAIN IN THE -- IN ADDITION TO THE TOTALITY OF

02:58:55  15   CIRCUMSTANCES IN WHICH THEY ARE MADE, THERE IS NO HEARSAY IN

02:58:57  16   THOSE PARAGRAPHS.  THE FACT THAT THESE DISCUSSIONS HAPPENED IS

02:59:02  17   NOT -- THERE IS NO OUT-OF-COURT STATEMENT THAT MR. QUINONEZ IS

02:59:05  18   SAYING KARISSA LEWIS OR FRESCO STEEZ HAS MADE IN THOSE

02:59:10  19   PARAGRAPHS.  HE'S SAYING THAT THE DISCUSSIONS HAPPENED AND THAT

02:59:14  20   THEY WERE ABOUT BUSINESS AND THEY WERE ABOUT ONGOING BUSINESS

02:59:16  21   BETWEEN THESE TWO ENTITIES.

02:59:18  22        SO THERE IS NO HEARSAY IN THAT THAT WE ARE OFFERING FOR

02:59:22  23   THE TRUTH OF THE MATTER BECAUSE THERE IS NO STATEMENT IN THE

02:59:25  24   FIRST PLACE BY THOSE OUTSIDE ENTITIES.

02:59:27  25        NOW THAT BEING SAID, THE SUPREME COURT AND THE

02:59:30  1    NINTH CIRCUIT ARE CLEAR THAT AT THE SUMMARY JUDGEMENT STAGE --

02:59:33  2    SO THIS IS NOT IN OUR BRIEFING, ADMITTEDLY, BECAUSE THE

02:59:36  3    GOVERNMENT MADE THIS HEARSAY ARGUMENT IN ITS REPLY BRIEF, BUT

02:59:39  4    THE SUPREME COURT -- AND I'M HAPPY TO SUBMIT A SUPPLEMENT IF

02:59:43  5    YOUR HONOR WANTS, BUT THEY SAY THAT AT THE SUMMARY JUDGEMENT

02:59:46  6    STAGE, YOU DON'T NEED TO PRESENT EVIDENCE IN AN ADMISSIBLE

02:59:50  7    FORM.

02:59:51  8        IF THAT WERE THE CASE, THE DECLARATIONS THEMSELVES AND THE

02:59:54  9    DEPO TESTIMONY THEMSELVES CANNOT BE CONSIDERED IN AN MSJ,

02:59:58 10    RIGHT, BECAUSE THOSE ARE OUT-OF-COURT STATEMENTS.

03:00:01 11        SO WHAT THEY MAKE CLEAR IS THAT YOU CAN PRESENT, EVEN

03:00:03 12    HEARSAY, AT THE SUMMARY JUDGEMENT STAGE IF AT TRIAL WHAT YOU

03:00:08 13    ARE SAYING COULD BE REDUCED TO AN ADMISSIBLE FORM.  THAT'S THE

03:00:12 14    RULE.

03:00:13 15        SO EVEN IF THE COURT SAYS THAT AT TRIAL WE WOULD NEED TO

03:00:16 16    BRING THOSE FOLKS IN IN ORDER TO TESTIFY AS TO THE STATEMENTS,

03:00:21 17    THAT DOES NOT PRECLUDE US BEATING SUMMARY JUDGEMENT AT THIS

03:00:25 18    STAGE.

03:00:27 19        AND THE OTHER POINT THAT I WANT TO MAKE, YOUR HONOR, WITH

03:00:30 20    RESPECT TO WHAT'S IN THOSE PARAGRAPHS, THIS IS MR. QUINONEZ

03:00:38 21    TESTIFYING BASED ON HIS PERSONAL EXPERIENCE, HIS PERSONAL

03:00:41 22    KNOWLEDGE, FIRSTHAND DIRECT KNOWLEDGE OF WHAT THOSE

03:00:44 23    CONVERSATIONS WERE ABOUT, RIGHT.

03:00:47 24        SO AGAIN, THAT UNEQUIVOCAL, DIRECT AND FRANKLY UNREFUTED

03:00:53 25    TESTIMONY, IN ORDER TO DISCOUNT IT, ESPECIALLY AS AGAINST ALL

03:00:56 1    THE BACKGROUND CIRCUMSTANCES, WOULD BE TO MAKE A CREDIBILITY

03:00:59 2    DETERMINATION ABOUT WHAT MR. QUINONEZ IS SAYING, WHICH IS

03:01:03 3    IMPROPER AT THIS STAGE.

03:01:04 4         AND I THINK THAT THE -- I THINK THE FINAL POINT I MAY WANT

03:01:08 5    TO MAKE ON THIS IS THAT TO THE EXTENT YOUR HONOR FINDS THAT

03:01:15 6    THERE MAY BE SOME -- AGAIN, I THINK THEY ARE UNREFUTED

03:01:20 7    STATEMENTS, BUT IF THERE'S SOME TENSION WITH WHAT M4BL SAID IN

03:01:23 8    ITS DEPOSITION, THAT TENSION MUST BE TESTED AT TRIAL,

03:01:26 9    YOUR HONOR.

03:01:29 10        IF YOUR HONOR HAS ANY FURTHER QUESTIONS OR INQUIRIES --

03:01:33 11             THE COURT:  GO AHEAD ON TO TRESPASS TO CHATTELS.

03:01:38 12             MR. TSITSUASHVILI:  SURE.

03:01:40 13        SO AS THE COURT RECOGNIZED, YOU PREVIOUSLY HELD THAT THERE

03:01:43 14   ARE DISPUTES OF MATERIAL FACT THAT EXIST OVER WHETHER USPIS

03:01:49 15   OFFICERS OPENED PLAINTIFF'S PACKAGES WHILE THEY WERE DETAINED.

03:01:52 16   THAT'S THE END OF THE QUOTE FROM THIS COURT'S PRIOR ORDER.

03:01:55 17        NOW THAT IS OBVIOUSLY THE VERY SAME FACT THAT'S BEFORE THE

03:01:59 18   COURT AGAIN.  THE CASES ON PAGE 8 OF OUR BRIEF SAY THAT IN THIS

03:02:03 19   CIRCUMSTANCE WHERE YOU HAVE ALREADY SAID THAT THERE IS A

03:02:06 20   DISPUTE OF A MATERIAL FACT, SUMMARY JUDGEMENT IS APPROPRIATE.

03:02:09 21   THAT'S THE MOORE, DF AND THE WEBB CASES.

03:02:13 22        NOW THE GOVERNMENT WANTS THIS COURT TO REVERSE COURSE ON

03:02:16 23   THAT.  AND THE WAY THEY WANT THIS COURT TO REVERSE COURSE IS BY

03:02:19 24   WEIGHING EVIDENCE.

03:02:21 25        AND I WOULD LIKE TO EXPLAIN WHY, WHY THE WAY THAT THEY

03:02:25  1    WANT THIS COURT TO REVERSE COURSE AND RESOLVE THIS IN THEIR

03:02:28  2    FAVOR IS BY DOING A WEIGHING OF THE EVIDENCE, WHICH AGAIN IS

03:02:30  3    INAPPROPRIATE AT THE SUMMARY JUDGEMENT STAGE.

03:02:35  4        RUIZ AND FAJARDO, WHO HANDLED THESE PACKAGES, TESTIFIED

03:02:40  5    THAT THE PACKAGES WERE "DETAINED," ALL OF THESE PACKAGES'

03:02:46  6    PARCEL DETAIL WORKSHEETS ALSO REFER TO THESE PACKAGES AS

03:02:49  7    "DETAINED."

03:02:50  8        NOW WITHIN USPS, THOSE DEPOSITIONS REVEALED THAT

03:02:53  9    "DETAINED" IS A TERM OF ART, AND IT MEANS THAT THE PACKAGES

03:02:56  10   WENT BEYOND JUST BEING ASSESSED AND THAT THEY WERE PUT IN A

03:02:59  11   PARTICULAR ROOM TO GO THROUGH PARTICULAR PROCEDURES WITHIN THE

03:03:03  12   NP PROCESS.

03:03:04  13       NOW HERE'S THE KICKER, EVERY SINGLE ONE OF THE PACKAGES IN

03:03:08  14   2020, EVERY SINGLE ONE OF THE 50,832 THAT WERE DETAINED, WERE

03:03:16  15   OPENED.  AND THAT'S FROM THE GOVERNMENT'S OWN EVIDENCE.

03:03:19  16       SO THAT'S ON OUR SIDE OF THE LEDGER, RIGHT?  IT'S A PRETTY

03:03:23  17   SIMPLE SYLLOGISM.  THESE PACKAGES WERE DETAINED, THE GOVERNMENT

03:03:26  18   SAYS EVERY SINGLE PACKAGE THAT WAS DETAINED WAS OPENED, THESE

03:03:29  19   PACKAGES MUST HAVE BEEN OPENED.

03:03:31  20       NOW ON THE OTHER SIDE, AND THIS IS THE EVIDENCE THAT THE

03:03:33  21   GOVERNMENT NOW WANTS YOU TO WEIGH AGAINST THAT SIDE OF THE

03:03:36  22   LEDGER, RIGHT, FROM THAT CHART, WHICH IS THAT THESE PACKAGES

03:03:41  23   SHOULD ACTUALLY BE DEEMED TO FALL INTO A MUTUALLY EXCLUSIVE

03:03:45  24   CATEGORY OF THE SAME CHART.

03:03:47  25       THEY WANT THE COURT TO SAY THAT THESE PACKAGES ARE

03:03:52  1    ACTUALLY IN A CATEGORY OF PACKAGES OR PARCELS ASSESSED AND

03:03:57  2    RETURNED TO THE MAIL STREAM WITHOUT BEING DETAINED.

03:04:00  3         THOSE ARE LOGICALLY INCONSISTENT PARTS OF THE SAME CHART,

03:04:04  4    YOUR HONOR, AND THAT'S WHERE THE WEIGHING OF THIS EVIDENCE

03:04:07  5    COMES IN.

03:04:08  6         SO AGAIN, IT CAN'T BE THE CASE THAT THIS IS -- THIS CAN BE

03:04:12  7    DECIDED ON SUMMARY JUDGEMENT, IT NEEDS TO BE DECIDED AT TRIAL.

03:04:17  8         I THINK THE FINAL POINT THAT I WILL MAKE ON THAT IS THAT

03:04:20  9    EVEN OF THE "WITHOUT BEING DETAINED" CATEGORY THAT THE

03:04:23  10   GOVERNMENT NOW WANTS THE COURT TO SAY THESE PACKAGES FALL IN

03:04:26  11   EVEN THOUGH EVERYBODY HAS ALWAYS SAID THEY WERE IN THE

03:04:29  12   "DETAINED" CATEGORY, OVER 99 PERCENT OF THOSE PACKAGES WERE

03:04:32  13   OPENED TOO.

03:04:34  14        SO THESE ARE THE KINDS OF WEIGHING OF EVIDENCE AND

03:04:36  15   CREDIBILITY DETERMINATIONS THAT MUST BE TESTED AT TRIAL.

03:04:40  16        IF YOUR HONOR HAS ANY FURTHER QUESTIONS ON THIS OR FRANKLY

03:04:43  17   ON COUNT 3 STILL, I WILL GLADLY ANSWER THEM.

03:04:46  18        THANK YOU.

03:04:46  19        MR. KEOUGH.

03:04:48  20         MR. KEOUGH:  THANK YOU, YOUR HONOR.  I WILL JUST

03:04:49  21    BRIEFLY RESPOND TO A FEW POINTS.

03:04:52  22        OF COURSE WE BELIEVE YOUR HONOR'S REASONING IS SOUND, SO

03:04:55  23   WE WON'T BELABOR IT, BUT THERE ARE SERIOUS 602 AND 803 ISSUES

03:05:00  24   WITH MR. QUINONEZ'S DECLARATION, AS YOUR HONOR POINTS OUT, AND

03:05:03  25    IT IS TRUE THAT YOU DO NOT NEED ALL EVIDENCE TO BE ADMISSIBLE

03:05:07  1    AT THE SUMMARY JUDGEMENT STAGE BUT IT MUST BE ADMISSIBLE AT

03:05:09  2    SOME POINT AT TRIAL.

03:05:10  3        AND MR. QUINONEZ WILL NEVER BE COMPETENT TO TESTIFY AS TO

03:05:14  4    THE BELIEFS AND INTENTIONS OF MOVEMENT FOR BLACK LIVES, NOR

03:05:17  5    HAVE THEY IDENTIFIED ANY HEARSAY EXCEPTION TO RULE 803 THAT

03:05:21  6    WOULD ALLOW THEM TO HAVE MR. QUINONEZ TESTIFY AS TO A STATEMENT

03:05:25  7    BY FRESCO STEEZ OR ANYONE ELSE ON THOSE POINTS.

03:05:28  8        THOSE ARE THINGS THAT THEY HAVE TO ADDRESS AND THEY ARE

03:05:31  9    NOT ABLE TO.  ALL WE HAVE IS THE UNEQUIVOCAL TESTIMONY OF

03:05:31  10   MOVEMENT FOR BLACK LIVES.

03:05:35  11       AS YOUR HONOR POINTS OUT, IT IS THE ONLY TESTIMONY IN THE

03:05:38  12   RECORD BEFORE THE COURT IN DECIDING THIS MOTION.  MOVEMENT FOR

03:05:43  13   BLACK LIVES IS CLEAR, THEY HAD NO INTENTION TO ENGAGE IN FUTURE

03:05:43  14   ORDERS, THEY HAD NO INTENTION PRIOR TO THE OFFENSES THAT ARE

03:05:45  15   ALLEGED TO HAVE OCCURRED INVOLVING THE GOVERNMENT IN THIS CASE,

03:05:48  16   AND THEY, EVEN TO CLARIFY SOME OF THE TESTIMONY THAT WAS CITED

03:05:51  17   BY PLAINTIFF, WHEN THEY WERE ASKED WHETHER OR NOT THEY BELIEVED

03:05:53  18   THAT DOING BUSINESS WITH MOVEMENT FOR BLACK LIVES -- WHEN

03:05:57  19   MOVEMENT FOR BLACK LIVES WAS ASKED WHETHER OR NOT DOING FURTHER

03:06:00  20   BUSINESS WITH MOVEMENT INK WOULD LEAD TO FURTHER POLICE

03:06:05  21   SCRUTINY, THEY SAID THAT NO, NO ONE WAS CONCERNED THAT THAT

03:06:07  22   WOULD BE THE CASE, ASIDE FROM ANY GENERAL CONCERN ABOUT POLICE

03:06:11  23   SCRUTINY THAT THEY MIGHT HAVE HAD AS A RESULT.

03:06:13  24       I WANT TO CLARIFY ONE OTHER POINT FROM THE DEPOSITION

03:06:16  25   TESTIMONY THAT WAS MISCHARACTERIZED BY PLAINTIFF'S COUNSEL.  ON

03:06:20  1    PAGE 75 THERE WAS A STATEMENT THIS TESTIMONY REFLECTS THAT

03:06:24  2    FRESCO STEEZ HAD THE AUTHORITY TO ENTER INTO CONTRACTS ON

03:06:27  3    BEHALF OF MOVEMENT FOR BLACK LIVES, AND I WOULD REFER THE COURT

03:06:31  4    TO THAT PAGE 75 WHICH INDICATES THAT FRESCO STEEZ MAY HAVE BEEN

03:06:35  5    THE PERSON WHO INITIATED THE RELATIONSHIP WITH MOVEMENT INK,

03:06:39  6    AND THAT'S OF COURSE A VERY DIFFERENT THING THAN HAVING THE

03:06:42  7    POWER TO ENTER INTO A CONTRACT.

03:06:44  8         THE LAST POINT I WILL JUST SAY ON COUNT 3 IS TO THE EXTENT

03:06:47  9    THAT YOUR HONOR LOOKS AT THE CASES CITED BY PLAINTIFFS, WE

03:06:50  10   WOULD REFER YOU TO THE CONSUMER DIRECT CASE WHERE THEY HAD

03:06:53  11   TESTIMONY FROM INDIVIDUALS ON BOTH SIDES OF THAT CONTRACT.

03:06:55  12        AND THAT'S THE THING THAT'S MISSING HERE.  THE ONLY

03:06:58  13   ADMISSIBLE EVIDENCE WE HAVE ABOUT THE INTENTION OF MOVEMENT FOR

03:07:01  14   BLACK LIVES IS OF COURSE THEIR OWN STATEMENTS, AND THEY

03:07:03  15   COULDN'T BE CLEARER AS TO WHETHER OR NOT THEY HAD ANY INTENT TO

03:07:07  16   ENGAGE IN BUSINESS WITH MOVEMENT INK.

03:07:09  17        BRIEFLY ON COUNT ONE, I THINK WE HAVE HEARD TODAY THAT

03:07:13  18   THERE IS NO EVIDENCE THAT THE PARCELS WERE OPENED, ALL WE HAVE

03:07:16  19   IS THIS INTERROGATORY RESPONSE.  THE INTERROGATORY RESPONSE IS

03:07:19  20   CLEAR ON ITS FACE, AND AS EXPLAINED BY JEFF AGSTER, WHO

03:07:25  21   PREPARED IT, THAT IT DOES NOT INDICATE THAT THE PARCELS WERE

03:07:26  22   OPEN.

03:07:26  23        AND OF COURSE AS MR. AGSTER EXPLAINED IN HIS DECLARATION,

03:07:29  24   THAT DATA IS DRAWN FROM THE PARCEL DETAIL WORKSHEETS.  IT CAN

03:07:32  25   NOT SAY ANYTHING DIFFERENT THAN THE PARCEL DETAIL WORKSHEETS

03:07:32  1    BECAUSE THAT'S WHERE THE DATA CAME FROM.

03:07:35  2         AND IF YOUR HONOR LOOKS AT DOCKET 119-4, PAGES 81 TO 84,

03:07:39  3    THE WORKSHEETS ARE RIGHT THERE, YOUR HONOR CAN SEE FOR YOURSELF

03:07:42  4    IT SAYS THAT THEY WEREN'T OPENED.  THEY CAN'T SAY ANYTHING

03:07:45  5    DIFFERENT.  THERE IS NO EVIDENCE THAT THESE PARCELS WERE

03:07:47  6    OPENED.

03:07:48  7              THE COURT:  LAST WORDS.

03:07:50  8              MR. TSITSUASHVILI:  SURE.  THANK YOU.

03:07:52  9         SO I THINK I HAVE THREE OUR FOUR POINTS, YOUR HONOR, IF I

03:07:55  10   MAY.

03:07:55  11        THE FIRST IS THE GOVERNMENT MAKES A POINT ABOUT HEARSAY

03:08:00  12   AND COMPETENT TO TESTIFY.

03:08:02  13        SO AGAIN, I THINK IT'S CLEAR TO NOTE WHAT THE RULE IS WITH

03:08:05  14   RESPECT TO HEARSAY.  THE QUESTION IS NOT NECESSARILY WHETHER --

03:08:10  15   LET'S PUT ASIDE WHETHER WE THINK MR. QUINONEZ COULD COMPETENTLY

03:08:14  16   TESTIFY TO THE EXISTENCE OF THESE DISCUSSIONS, BECAUSE I THINK

03:08:17  17   HE COULD --

03:08:18  18             THE COURT:  NO, LET'S BE CLEAR ABOUT THIS.  HE IS

03:08:21  19   ABLE TO TESTIFY THAT HE HAD DISCUSSIONS.  HE CAN TESTIFY IN HIS

03:08:26  20   MIND THINGS WERE GOING TO BE GREAT AND THEY WERE -- THAT HE WAS

03:08:30  21   GOING TO HAVE CONTRACTS FOR TIME AND MEMORIAL, IF HE WANTS TO,

03:08:36  22   THAT'S WHAT HE CAN DO.  HE CAN'T TESTIFY TO WHAT OTHER PEOPLE

03:08:42  23   SAID.

03:08:42  24        YOU HAVE NOT PROVIDED ANY REASON TO BELIEVE THAT OTHER

03:08:50  25   PEOPLE ARE GONNA SAY SOMETHING DIFFERENT.  I MEAN, IF YOU

03:08:54  1    WANTED TO GET THEM, YOU COULD HAVE GOTTEN THEM THROUGH

03:08:58  2    DEPOSITION OR OTHERWISE, AND INSTEAD YOU HAVE THE DEPOSITION OF

03:09:05  3    MS. ADAMS WHICH IS UNEQUIVOCAL.

03:09:10  4         MR. TSITSUASHVILI:  YOUR HONOR, TWO POINTS.

03:09:15  5         THE FIRST IS THAT LET'S START WITH THE DEPOSITION OF

03:09:18  6    MS. ADAMS.  MS. ADAMS ALSO TESTIFIED THAT SHE DIDN'T TALK TO

03:09:25  7    KARISSA LEWIS OR FRESCO STEEZ ABOUT WHAT HAPPENED DURING THAT

03:09:28  8    TIME PERIOD.

03:09:29  9         SO AGAIN, I UNDERSTAND THAT SHE WAS TESTIFYING AS THE

03:09:32  10   30(B)(6) DESIGNEE, BUT SHE ALSO TESTIFIED THAT THERE WAS NO --

03:09:37  11   THAT SHE DID NOT KNOW WHAT WAS GOING ON THEN.  THE PEOPLE WHO

03:09:42  12   KNEW, ACCORDING TO THIS DECLARATION, WERE MR. QUINONEZ, KARISSA

03:09:46  13   LEWIS AND FRESCO STEEZ.

03:09:48  14        AND AGAIN -- AND IT'S ALSO IMPORTANT TO KNOW WHAT THE

03:09:52  15   LEGAL STANDARD IS WITH RESPECT TO EVEN TAKING INTO ACCOUNT WHAT

03:09:56  16   M4BL TESTIFIED.  THE FACT THAT -- THEY SAID THERE MAY NOT HAVE

03:10:02  17   BEEN A CONCRETE PLAN TO NECESSARILY ORDER X AMOUNT OF THINGS ON

03:10:06  18   X AMOUNT OF DATE.  THAT'S NOT REQUIRED UNDER THIS TORT,

03:10:09  19   YOUR HONOR.

03:10:10  20        AND IT'S ALSO IMPORTANT TO NOTE THAT THAT'S NOT THE WAY

03:10:13  21   THAT THESE ENTITIES DID BUSINESS.  THE REASON WE KNOW THAT'S

03:10:16  22   NOT THE WAY WE KNOW THESE ENTITIES DID BUSINESS IS BASED ON THE

03:10:20  23   WAY THAT THEY DID BUSINESS WITH RESPECT TO THESE MASK ORDERS.

03:10:23  24        THERE IS NOT LIKE A PROCESS WHERE YOU GET A WRITTEN

03:10:26  25   CONTRACT FIRST AND THEN THE ORDERS COULD GET GOING.  THE WAY

03:10:31  1    THAT THIS RELATIONSHIP WORKED AND THE WAY THAT THESE PARTIES

03:10:34  2    DID BUSINESS WAS THAT KARISSA LEWIS CAME TO MOVEMENT INK AND

03:10:39  3    SAID WE NEED THESE MASKS.  NONE OF THIS WAS PUT INTO A CONTRACT

03:10:43  4    AND FORMALIZED.  SO THE MASKS HAD ALREADY BEEN BEING MADE FOR

03:10:47  5    SEVERAL DAYS, OR FRANKLY MAYBE EVEN A LITTLE BIT LONGER THAN

03:10:51  6    THAT.  SO THESE PARTIES DID NOT DO BUSINESS THE WAY THAT WE

03:10:55  7    MIGHT THINK IS TYPICALLY DONE WHERE YOU FORMALIZE IT IN A

03:10:58  8    WRITING FIRST AND THEN YOU GET TO WORK, IT WAS ACTUALLY THE

03:11:01  9    OTHER WAY AROUND.  SO I THINK IT'S IMPORTANT TO NOTE THAT

03:11:05  10   BACKGROUND CIRCUMSTANCE AS WELL.

03:11:07  11        TO THE EXTENT WE ARE TALKING ABOUT WHAT MR. QUINONEZ IS OR

03:11:10  12   IS NOT COMPETENT TO TESTIFY TO AT TRIAL, THE RULE IS THAT, AND

03:11:16  13   I'M QUOTING HERE FROM THE CELEBREX CASE, THE SUPREME COURT IN

03:11:22  14   1986 TALKING ABOUT THE SUMMARY JUDGEMENT STANDARDS, WE DO NOT

03:11:24  15   MEAN THAT THE NON-MOVING PARTY MUST PRODUCE EVIDENCE IN A FORUM

03:11:28  16   THAT WOULD BE ADMISSIBLE AT TRIAL IN ORDER TO AVOID SUMMARY

03:11:30  17   JUDGEMENT.  OBVIOUSLY RULE 56 DOES NOT REQUIRE THE NON-MOVING

03:11:35  18   PARTY TO DEPOSE HER OWN WITNESSES.

03:11:38  19        SO TO THE EXTENT THE COURT IS SAYING THAT WE WERE REQUIRED

03:11:41  20   TO DEPOSE -- KARISSA LEWIS AND FRESCO STEEZ, THEY ARE ON OUR

03:11:47  21   WITNESS LIST, OKAY, SO TO THE EXTENT THE IMPLICATION IS WE WERE

03:11:50  22   REQUIRED TO DEPOSE THEM AND HAVE THEIR DECLARATIONS IN THE

03:11:53  23   RECORD NOW, THE SUPREME COURT SAYS QUITE THE OPPOSITE.

03:11:55  24        AND AGAIN, THE NINTH CIRCUIT SAYS THAT IT IS NOT

03:11:58  25   CONTROLLING IN THE SUMMARY JUDGEMENT PHASE THAT THE EVIDENCE

03:12:00  1    WAS HEARSAY, SO LONG AS THE EVIDENCE COULD BE PRESENTED IN AN

03:12:05  2    ADMISSIBLE FORM AT TRIAL.

03:12:07  3         THAT'S FRASER V. GOODALE, 342 F.3D, 1032, 1037

03:12:14  4    NINTH CIRCUIT 2003, BEING CITED BY SINGLETON V. LOPEZ, 577 FED.

03:12:21  5    APP. 733, 736 NINTH CIRCUIT 2014.

03:12:24  6         SO I THINK THE POINT HERE, YOUR HONOR, IS THAT WE ARE THE

03:12:28  7    NON-MOVING PARTY HERE, WE ARE NOT REQUIRED TO AFFIRMATIVELY

03:12:32  8    SHOW THAT WE WIN AT THE SUMMARY JUDGEMENT STAGE, WHAT WE ARE

03:12:34  9    AFFIRMATIVELY REQUIRED TO SHOW IS THAT A RATIONAL FINDER OF

03:12:38  10   FACT, I UNDERSTAND THAT'S GOING TO BE YOUR HONOR IN THIS CASE,

03:12:44  11   I'M SENSITIVE TO THAT, BUT I THINK THAT A RATIONAL FINDER OF

03:12:48  12   FACT, A RATIONAL TRIER OF FACT COULD, UNDER THIS UNREFUTED

03:12:53  13   TESTIMONY ABOUT THE PERSON WHO ACTUALLY DID KNOW WHAT WAS GOING

03:12:56  14   ON, AS OPPOSED TO A STATEMENT BY SOMEONE WHO AGAIN ENTITY

03:13:02  15   DESIGNEE, BUT STILL SAID I DON'T KNOW WHAT WAS HAPPENING WITH

03:13:06  16   THEM, COULD BE ENOUGH UNDER THE TOTALITY OF THESE

03:13:09  17   CIRCUMSTANCES, TAKING INTO ACCOUNT THE WAY THESE PARTIES DID

03:13:11  18   BUSINESS --

03:13:12  19         THE COURT:  I HEAR YOU.  AND YOU'VE MADE THIS POINT.

03:13:14  20   SO I APPRECIATE THE VIGOR THAT YOU ARE MAKING IT, BUT MOVE ON

03:13:21  21   TO ANYTHING ELSE THAT YOU WANT TO.

03:13:25  22         MR. TSITSUASHVILI:  SURE.

03:13:26  23         THE GOVERNMENT POINTS OUT THAT THERE MAY BE SOME DISPUTE

03:13:29  24   AS TO FRESCO STEEZ'S AUTHORITY AT THAT TIME.

03:13:33  25         WELL KARISSA LEWIS WAS THE NATIONAL DIRECTOR OF M4BL AT

03:13:38  1       THAT TIME.  KARISSA LEWIS COULD PLACE FUTURE ORDERS WITH

03:13:42  2    MOVEMENT INK, THAT'S UNDISPUTED.  AND SO KARISSA LEWIS WAS

03:13:49  3    AMONG THE PEOPLE WHO MR. QUINONEZ SAYS WAS INVOLVED IN FUTURE

03:13:51  4    CONVERSATIONS.

03:13:52  5       SO AGAIN, IF YOU TAKE ALL OF THESE, THIS TOTALITY, AND YOU

03:13:56  6    EVEN TAKE THE FRESCO STEEZ KIND OF ELEMENT OUT OF IT, THAT

03:14:01  7    DOESN'T MEAN THAT THE GOVERNMENT HAS MET ITS SUMMARY JUDGEMENT

03:14:03  8    BURDEN.

03:14:04  9       AGAIN, VIEWING THE EVIDENCE IN THE LIGHT MOST FAVORABLE TO

03:14:09 10    US AND RECOGNIZING THAT WE NEED NOT SHOW THAT THERE WAS A

03:14:12 11    CONTRACT THAT WAS NECESSARILY FORMED, WE ALSO DON'T NEED TO

03:14:16 12    SHOW THAT THE PROBABILITY OF FUTURE ECONOMIC BENEFIT WAS OF THE

03:14:20 13    SAME KIND OF EXTENT OR GRADE OR VALUE AS THESE MASK ORDERS; NO,

03:14:25 14    WE JUST NEED TO SHOW THAT THERE WAS A PROBABILITY OF SOME

03:14:29 15    FUTURE ECONOMIC BENEFIT IN THIS SUMMER WHERE M4BL SAID WE HAVE

03:14:35 16    LOTS OF MOBILIZATION WHERE WE NEED SCREEN-PRINTED APPAREL.

03:14:39 17       SO WITH THAT, YOUR HONOR, I DON'T WANT TO ANNOY YOU BUT IF

03:14:43 18    THERE'S ANYTHING ELSE THAT YOU THINK I COULD DO TO ADVANCE MY

03:14:46 19    CASE, I WILL --

03:14:47 20          THE COURT:  FEEL FREE TO ANNOY ME, IT'S OKAY.  AND I

03:14:51 21    APPRECIATE YOUR ARGUMENT.  I DO THINK YOU'VE PROBABLY SAID --

03:14:55 22    IF YOU HAVE SOMETHING NEW TO SAY OR SOMETHING THAT IS DIRECT

03:15:01 23    ABOUT WHAT MR. KEOUGH SAID, PLEASE DO THAT, AND OTHERWISE I

03:15:04 24    WILL LOOK AT THIS ONE MORE TIME WHEN I GET OFF THE BENCH.

03:15:08 25          MR. TSITSUASHVILI:  THANK YOU, YOUR HONOR.  I

```
03:15:08   1      APPRECIATE THAT.

03:15:09   2          I THINK TWO POINTS.  ONE IS WOULD YOUR HONOR FIND IT

03:15:12   3      HELPFUL TO HAVE SUPPLEMENTAL BRIEFING ON THE HEARSAY ISSUE?

03:15:15   4          THE COURT:  NO.

03:15:16   5          MR. TSITSUASHVILI:  OKAY.

03:15:17   6          THE SECOND IS IF I -- ON THE OFF-CHANCE THAT I HAVE

03:15:23   7      SUCCEEDED IN CONVINCING THE COURT THAT WE SHOULD NOT LOSE AS

03:15:27   8      TO -- THAT WE SHOULD NOT LOSE AT SUMMARY JUDGEMENT AS TO

03:15:33   9      COUNT 3, WOULD IT BE WORTHWHILE TO DISCUSS AT ALL THE

03:15:35   10     CONSTITUTIONAL QUESTION, WHICH I WILL SAY UP FRONT, I THINK IF

03:15:38   11     THE COURT SAYS THAT WE ARE GOING TO TRIAL ON COUNT 3, THE COURT

03:15:42   12     NEED NOT DECIDE THAT -- THE QUESTION OF WHETHER WE CAN RELY ON

03:15:48   13     A CONSTITUTIONAL VIOLATION TO FORM THE INDEPENDENTLY WRONGFUL

03:15:51   14     ACT.

03:15:51   15         AND THE REASON FOR THE COURT TO NEED NOT DECIDE THAT IS

03:15:56   16     BECAUSE THE GOVERNMENT HAS NOT SUGGESTED THAT WE CAN'T RELY ON

03:15:59   17     SOME NON CONSTITUTIONAL BASIS TO MEET THAT INDEPENDENTLY

03:16:02   18     WRONGFUL ACT.  SO THAT'S ALL PROPERLY DONE AT THE POST-TRIAL

03:16:06   19     STAGE WHERE WE CAN ARGUE OVER WHETHER WE HAVE MET

03:16:09   20     CONSTITUTIONAL AND NON CONSTITUTIONAL VIOLATIONS THAT CAN FORM

03:16:14   21     THE INDEPENDENTLY WRONGFUL ACT.

03:16:18   22         THE COURT:  YOU KNOW, ASSUMING I STICK WITH MY

03:16:21   23     TENTATIVE, YOU WILL HAVE PRESERVED YOUR ARGUMENT, I THINK

03:16:26   24     WITH -- TO THE EXTENT THAT -- WELL WITH RESPECT TO THE FIRST

03:16:30   25     AMENDMENT, AND THEN THAT CAN GO UP IF THAT'S WHAT HAPPENS.
```

03:16:37  1          MR. TSITSUASHVILI:  SURE.

03:16:39  2      SO I WILL STOP.

03:16:40  3          THE COURT:  OKAY.

03:16:41  4      ALL RIGHT.

03:16:42  5          MR. TSITSUASHVILI:  THANK YOU.

03:16:43  6          THE COURT:  THANK YOU BOTH FOR YOUR ARGUMENT AND I

03:16:44  7  WILL TRY AND GET AN ORDER OUT AS SOON AS I CAN.

03:16:46  8          MR. KEOUGH:  THANK YOU, YOUR HONOR.

03:16:48  9          THE COURT:  THANK YOU.

03:16:57 10      (THE PROCEEDINGS WERE CONCLUDED AT 3:16 P.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                           **<u>CERTIFICATE OF REPORTER</u>**

4

5

6

7           I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11           THAT THE FOREGOING TRANSCRIPT, CERTIFICATE

12   INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF

13   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

14

15

16

17

18

19

20

21

22   _____
     SUMMER A. FISHER, CSR, CRR
23   CERTIFICATE NUMBER 13185

24
     DATE:  5/21/25
25